IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LA'SHAWNDRA HARRIS,**

**Plaintiff,**

**v.**

**THE EPILEPSY FOUNDATION
OF SOUTHWESTERN ILLINOIS,
ELLEN BECKER-LAW and
MEGAN MECKFESSEL,**

**Defendants.**                                    No. 05-CV-0640-DRH

### ORDER

**HERNDON, District Judge:**

On November 23, 2005, Defendants filed a motion to dismiss (Doc. 12). As of this date, Harris has not responded to the motion to dismiss. Pursuant to **Local Rule 7.1(c)**, the Court may consider this failure to respond an admission of the merits of the motion. However, since Harris is proceeding *pro se* the Court **ALLOWS** Harris up to and including January 19, 2006 to respond to the motion to dismiss. In responding to the motion to dismiss, Harris should utilize the Local Rules of this Court, the Federal Rules of Procedure and any applicable case law. Further, the Court **NOTIFIES** Harris that in the event she fails to respond to the

motion to dismiss by January 19, 2006, the motion to dismiss may be granted and her case dismissed.

**IT IS SO ORDERED.**

Signed this 4th day of January, 2006.

<u>/s/            David RHerndon</u>
**United States District Judge**