IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LA'SHAWNDRA HARRIS,

      Plaintiff,

    -vs-                                     No. 05-CV-640-DRH

THE EPILEPSY FOUNDATION
OF SOUTHWESTERN ILLINOIS,
ELLEN BECKER-LAW and
MEGAN MECKFESSEL,

      Defendants.

## JUDGMENT IN A CIVIL CASE

      **DECISION BY COURT.** This action came to hearing before the Court on Defendants' motion to dismiss.

      **IT IS ORDERED AND ADJUDGED** that the defendants' motion is **GRANTED**. Judgment is entered in favor of Defendants **THE EPILEPSY FOUNDATION OF SOUTHWESTERN ILLINOIS, ELLEN BECKER-LAW and MEGAN MECKFESSEL** and against Plaintiff **LA'SHAWNDRA HARRIS.**-------------------------------------------------------------

                                                  **NORBERT G. JAWORSKI, CLERK**

 March 22, 2006                               By:  s/Patricia Brown
                                                                       Deputy Clerk

APPROVED:/s/        David   RHerndon
            **U.S. DISTRICT JUDGE**