IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LA'SHAWNDRA HARRIS,

Plaintiff,

v.

THE EPILEPSY FOUNDATION
OF SOUTHWESTERN ILLINOIS,
ELLEN BECKER-LAW and
MEGAN MECKFESSEL,

Defendants.                                                    No. 05-CV-0640-DRH

### ORDER

**HERNDON, District Judge:**

This matter comes before the Court for docket control. On July 25, 2006, Plaintiff filed an Amended Complaint (Doc. 35). Thus, the Court **DENIES as moot** Defendants' November 23, 2005 motion to dismiss (Doc. 12).

**IT IS SO ORDERED.**

Signed this 31st day of October, 2006.

/s/     David   RHerndon
**United States District Judge**