## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LA'SHAWNDRA HARRIS,**

**Plaintiff,**

**v.**

**THE EPILEPSY FOUNDATION
OF SOUTHWESTERN ILLINOIS,
ELLEN BECKER-LAW and
MEGAN MECKFESSEL,**

**Defendants.**                                                    No. 05-CV-0640-DRH

## ORDER

**HERNDON, District Judge:**

This matter comes before the Court for docket control. On November 2, 2006, Plaintiff filed an Amended Complaint (Doc. 45). Thus, the Court **DENIES as moot** Defendant's August 8, 2006 motion to dismiss (Doc. 37).

**IT IS SO ORDERED.**

Signed this 3rd day of November, 2006.

/s/     David   RHerndon
**United States District Judge**