IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *La'SHAWNDRA HARRIS,* <br><br> Plaintiff, <br><br> v. <br><br> *THE EPILEPSY FOUNDATION OF SOUTHWESTERN ILLINOIS,* <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Cause No. 05-640-DRH <br> ) <br> ) <br> ) <br> ) |

**ORDER ON DEFENDANT'S MOTION FOR LEAVE TO FILE ITS
MOTION FOR PARTIAL SUMMARY JUDGMENT**

The Court grants Defendant's Motion for Leave to File its Motion for Partial Summary Judgment. That motion is deemed timely filed on February 16, 2007.


February 20, 2007

SO ORDERED:   /s/      David   RHerndon
United States District Judge