# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

LASHAWNDRA HARRIS,                    )
                                      )
       Plaintiff,                )
                                      )
VS                                    )        CASE NO:  **05-cv-0640-DRH**
                                      )        CJRA TRACK B
THE EPILEPSY FOUNDATION OF            )
GREATER SOUTHERN                      )
ILLINOIS,                             )
                                      )
       Defendant.                )

## FINAL PRETRIAL ORDER

     This matter comes before the Court for Final Pretrial Conference held pursuant to

Federal Rule of Civil Procedure 16.

I.    COUNSEL OF RECORD

**Plaintiff's Counsel**: Thomas C. Rich
                  Jennifer L. Barbieri
                  Kerry I. O'Sullivan
                  Thomas C. Rich, P.C.
                  6 Executive Drive, Suite 3
                  Fairview Heights, IL  62208
                  Phone:  (618) 632-0044
                  Fax:  (618) 632-9749
                  tomrich@tomrichlaw.com

**Defendant's Counsel:** Thomas E. Berry, Jr.
                  Bryan P. Cavanaugh
                  Sandberg, Phoenix & von Gontard, P.C.
                  One City Centre, 15th Floor
                  St. Louis, MO  63101
                  Phone:  (314) 231-3332
                  Fax:  (314) 241-7604
                  tberry@spvg.com
                  bcavanaugh@spvg.com

1

Judy L. Cates
The Cates Law Firm, L.L.C.
216 West Pointe Drive, Suite A
Swansea, IL  62226-8303
Phone:  (618) 277-3644, Ext. 232
Fax:  (618) 277-7882
jcates@cateslaw.com

## II.   NATURE OF THE CASE

This is an employment discrimination case.  Plaintiff La'Shawndra Harris claims that the Defendant The Epilepsy Foundation of Greater Southern Illinois terminated her on May 12, 2005 in retaliation for complaining of unlawful employment actions and for exercising her worker's compensation rights.  Ms. Harris further claims that she suffered adverse employment action for complaining of unlawful employment actions under Title VII to The Epilepsy Foundation.  As a result, Plaintiff claims that she lost wages and suffered emotional distress.

Defendant, The Epilepsy Foundation, denies it terminated Plaintiff in retaliation for her exercising her worker's compensation rights or for any other unlawful reason, and further denies it caused plaintiff any damages.

## III.   JURISDICTION

A.   This is an action for damages and equitable relief.

B.   The jurisdiction of the Court is not disputed.

## IV.   UNCONTROVERTED FACTS

The following facts are not disputed or have been agreed to or stipulated to by the parties:

1) La'Shawndra Harris is African-American and a resident of East St. Louis, Illinois.
2) The Epilepsy Foundation of Greater Southern Illinois has its principal place of business in Belleville, Illinois.
3) The Epilepsy Foundation hired La'Shawndra Harris on August 21, 2002 as a case manager/community resource facilitator.
4) From August 21, 2002 until May 6, 2005, La'Shawndra Harris was an employee of The Epilepsy Foundation.

2

5)  On June 18, 2004 and September 20, 2004, La'Shawndra Harris complained

to the Epilepsy Foundation regarding an alleged unlawful employment practice regarding unfair pay.

6) On April 1, 2005, La'Shawndra Harris reported that she suffered an on-the-job injury.

7) In April 2005, La'Shawndra Harris exercised her rights under the Illinois Workers' Compensation Act by filing a claim, seeking medical treatment, taking time off work, and receiving worker's compensation benefits.

8) La'Shawndra Harris reported back to work on May 2, 2005.

9) The Epilepsy Foundation terminated La'Shawndra Harris' employment effective May 12, 2005.

The parties propose to convey these facts to the jury in the following fashion:

The Court will convey the facts to the jury—as agreed upon by the parties.

## V.  AGREED TO ISSUES OF LAW

The parties agree that the following are the issues to be decided by the Court:

There are no peculiar issues in this case to be decided by the Court. The parties agree the Court will decide what evidence they may present at trial and will decide what legal and equitable relief Plaintiff is entitled to.

## VI.  WITNESSES

A.   List of witnesses the plaintiff expects to call, including experts.

l.   Expert witnesses.

None.

2.   Non-expert witnesses.

La'Shawndra Harris
Ellen Becker-Law
Megan Meckfessel
Sharon James
George Mills
Jennifer Smith
Debbie Carnahan
Neeley Eller
Kim Wuehler
Jason Leljedal
Consuela Jones
Jill Bogner
J.L. Kemp

4

Emil Wilson
Donna Stephens
Jim Wolff

Plaintiff reserves the right to read all or any part of depositions taken in this case; subject to the rules of evidence and code of civil procedure.

B.     List of witnesses defendant expects to call, including experts:

l.       Expert witnesses.

None.

2.       Non-expert witnesses.

Ellen Becker
Jill Bogner
J. L. Kemp
Megan Meckfessel
Donna Stephens
Emil Wilson
Jim Wolff

C.     Rebuttal Witnesses.   The Plaintiff may call rebuttal witnesses and the Defendant may call sur-rebuttal witnesses as may be necessary, without prior notice thereof to the other party.


**VII.   EXHIBITS**

The parties stipulate to the following exhibit stipulation:

**Exhibit Stipulation**

**Plaintiff's Exhibits**

| EXHIBIT | DESCRIPTION | OBJECTION | GROUNDS FOR OBJECTION |
|---|---|---|---|
| 1. | La'Shawndra Harris' job description (August 21, 2002). | | |
| 2. | La'Shawndra Harris' personnel file checklist. | | |
| 3. | La'Shawndra Harris' new hire orientation checklist (August 23, 2002). | | |

5

| | | | |
|---|---|---|---|
| 4. | La'Shawndra Harris' statement of understanding regarding EFSWI's employee handbook (August 21, 2002). | | |
| 5. | EFSWI on-the-job training for case manager checklist (September 9, 2002). | | |
| 6. | Letter and resume from La'Shawndra Harris to EFSWI (May 14, 2002). | | |
| 7. | La'Shawndra Harris' QMRP training certificate. | | |
| 8. | EFSWI's employee handbook. | X | **Not coherent exhibits; unrelated documents grouped together** |
| 9. | La'Shawndra Harris' performance review (as of August 21, 2004). | | |
| 10. | La'Shawndra Harris' typed notes (March 7 and 14, 2005). | | |
| 11. | March 11, 2005 memorandum from Ellen Becker to La'Shawndra Harris and Megan Meckfessel. | | |
| 12. | March 29, 2005 memorandum from Ellen Becker to La'Shawndra Harris and Megan Meckfessel | | |
| 13. | La'Shawndra Harris' memorandum to Ellen Becker (May 3 and 5, 2005). | | |
| 14. | La'Shawndra Harris's New Hire Sheet (8/21/02) | | |
| 15. | 5/12/04 Memo from Yvonne L. Kenny RE:  Five-Fifteen Reports | | |
| 16 | 6/24/04 Memo from Ellen Becker RE:  Bonus Information | | |
| 17. | 6/24/04 Criteria for Bonus RE: La'Shawndra Harris | | |
| 18. | La'Shawndra Harris Notes EF0549 | | |
| 19. | EFSWI  Weighting Calculation Details | | |
| 20. | 11/5/04 Memo from Ellen Becker RE: Changes to Employee Handbook | | |
| 21. | 3/21/05 Memo from Ellen Becker RE: New Performance Appraisal Form | | |
| 22. | 4/20/05 Letter from Ellen Becker to La'Shawndra Harris | | |
| 23. | Employee Assigned Record of EFSWI Property No. 1 EF0738 | | |

| 24. | Employee Assigned Record of EFSWI Property No. 2 EF 0739 | | |
|---|---|---|---|
| 25. | Phone System Instructions EF0530-0532 | | |
| 26. | 5/6/05 Handwritten Notes of La'Shawndra Harris | | |
| 27. | La'Shawndra Harris' June 18, 2004 employee complaint/grievance form. | | |
| 28. | La'Shawndra Harris' June 18, 2004 employee complaint/grievance form number 2. | | |
| 29. | 4/1/05 Case File Reive of Megan Meckfessel EF0257-0263 | | |
| 30. | July 21, 2004 letter from Donna Stephens to La'Shawndra Harris. | | |
| 31. | 6/6/05 Memo from Ellen Becker RE: Items of Note | X | Irrelevant (one month after termination) |

| 32. | La'Shawndra Harris' September 20, 2004 EFSWI Employee Complaint/Grievance form. | | |
|---|---|---|---|
| 33. | September 28, 2004 memorandum from Ellen Becker to La'Shawndra Harris. | | |
| 34. | September 30, 2004 letter from Emil Wilson to La'Shawndra Harris. | | |
| 35. | 1/13/03 EFWSI Performance Review | | |
| 36. | 8/21/03 EFSWI Performance Review | | |
| 37. | September 28, 2004 memorandum about quality assurance review from Megan Meckfessel to La'Shawndra Harris. | | |
| 38. | 5/26/04 Fax with Attachments from Southern Illinois Community Support Services RE: La'Shawndra Harris to Ellen Becker | | |
| 39. | April 28, 2005 memorandum re: quality assurance review (January – March 2005) from Megan Meckfessel to La'Shawndra Harris | | |
| 40. | State of Illinois Department of Employment Security Referree's Decision of 8/26/05 | X | Unduly prejudicial; inadmissible under 820 ILCS 405/1900.B. |

| 41. | Section V-Injury/Workers' Comp Insurance with Attachments EF0669-0671 | | |
|---|---|---|---|
| 42. | April 8, 2005 memorandum of Emil Wilson. | | |
| 43. | EFSWI Incident Report re: La'Shawndra Harris (April 1, 2005). | | |
| 44. | La'Shawndra Harris' Illinois Workers' Compensation Commission Application for Adjustment of Claim (Application for Benefits) (April 29, 2005). | | |
| 45. | EFSWI Salary Schedules 2002-2006 | | |
| 46. | Ellen Becker's May 6, 2005 memorandum re: "Description of Misconduct for La'Shawndra Harris-Tidwell". | | |
| 47. | May 6, 2005 Progressive Disciplinary Action Report for La'Shawndra Harris and La'Shawndra Harris' attached handwritten notes. | | |
| 48. | May 6, 2005 memorandum from La'Shawndra Harris to J. L. Kemp. | | |
| 49. | May 9, 2005 memorandum from J. L. Kemp re: La'Shawndra Harris' Progressive Disciplinary Action Report. | | |
| 50. | May 10, 2005 handwritten memorandum of J. L. Kemp re: La'Shawndra Harris' Progressive Disciplinary Action Report. | | |
| 51. | May 12, 2005 letter from J. L. Kemp to La'Shawndra Harris. | | |
| 52. | 9/17/02 E.F.S.W.I. Traning/Orientation | | |
| 53. | La'Shawndra Harris' May 14, 2005 memorandum to EFSWI's Grievance Committee of Board of Directors. | X | Not coherent exhibits; unrelated documents grouped together |
| 54. | 9/20/02 Certificate of Participation from DDS for La'Shawndra Harris | | |
| 55. | Documents produced by Children's Home & Aid Society of Illinois and Affidavit. | | |
| 56. | La'Shawndra Harris' December 7, 2005 employment application to Cahokia Unit School District 187. | | |
| 57. | La'Shawndra Harris' April 29, 2002 employment application to Cahokia Unit School District 187. | | |

8

| | | | |
|---|---|---|---|
| 58. | January 24, 2006 wage verification form. | | |
| 59. | 3/21/05 Certificate of Participation from DDS for La'Shawndra Harris | | |
| 60. | Section IV Training/Education Sheet | | |
| 61. | La'Shawndra Harris' employment application letter to Children's Home & Aid Society of Illinois. | | |

| | | | |
|---|---|---|---|
| 62. | La'Shawndra Harris' August 16, 2006 employment application to Children's Home & Aid Society of Illinois | | |
| 63. | La'Shawndra Harris' resume after EFSWI. | | |
| 64. | La'Shawndra Harris' 2006 U. S. Individual Income Tax Return | **X** | **Cover letter is irrelevant** |
| 65. | SIUE Bachelor of  Science Degree | | |
| 66. | 3/17/05 Certificate of Attendance Managing Multiple Projects, Objectives and Deadlines | | |
| 67. | La'Shawndra Harris' job log. | | |
| 68. | February 22, 2003 EFSWI payroll status change for La'Shawndra Harris. | **X** | **Salaries of other employees are irrelevant (Exh. 85 already shows II's salary)** |
| 69. | April 16, 2004 EFSWI payroll status change for La'Shawndra Harris. | | |
| 70. | May 10, 2004 EFSWI payroll status change for La'Shawndra Harris. | | |
| 71. | August 11, 2004 EFSWI payroll status change for La'Shawndra Harris. | | |
| 72. | 5/26/05 Personnel File Request Response | | |
| 73. | 1/28/05 Certificate of Participation from DDS to La'Shawndra Harris | | |
| 74. | 6/8/04 Certificate of Participation from DDS to La'Shawndra Harris | | |
| 75. | 6/4/04 Certificate of Participation from St. Luke's Hospital to La'Shawndra Harris | | |
| 76. | 6/1/04 HOPE Certificate to La'Shawndra Harris | | |

9

| | | | |
|---|---|---|---|
| 77. | 10/3/03 Certificate of Participation from DDS to La'Shawndra Harris | | |
| 78. | 3/21/03 Certificate of Participation from DDS to La'Shawndra Harris | | |
| 79. | 9/17/02 EFSWI Training/Orientation | | |
| 80. | 9/20/02 Certificate of Participation from DDS to La'Shawndra Harris | | |
| 81. | 9/19/02 American Red Cross First Aid/CPR/ADE Program | | |
| 82. | 8/11/04 Payroll Status Change | | |
| 83. | 5/19/04 Payroll Status Change | | |
| 84. | 10/3/03 Payroll Status Change | | |
| 85. | 2/1/03 Payroll Status Change | | |
| 86. | 7/24/02 Employee Reference by Suster Carol Lehmkuhl | | |
| 87. | 7/24/02 Employee Reference by Rose Anderson-Rice | | |
| 88. | 7/24/02 Employee Reference by LaTonya Fulton | X | Not coherent exhibits; unrelated documents grouped together |
| 89. | 9/13/02 Letter from La'Shawndra Harris | | |
| 90. | 9/18/02 Memo from La'Shawndra Harris RE:  Doctor's Statement | | |
| 91. | 11/22/02 Letter from DHS | | |
| 92. | April 2005 EFSWI Benefits Tracking Form | | |
| 93. | 5/25/05 Protest of Ellen Becker to IDES | X | Unduly prejudicial; inadmissible under 820 ILCS 405/1900.B. |
| 94. | 7/8/05 Letter of Ellen Becker to IDES | X | Unduly prejudicial; inadmissible under 820 ILCS 405/1900.B. |

10

| 95. | 4/28/05 Advanced Communications Technicians Invoice | | |
|-----|-----|-----|-----|
| 96. | 10/4/02 Memo from Ellen Becker RE: QMRP Training | | |
| 97. | EFSWI Executive Director's Report February-April 2005 | X | Not coherent exhibits; unrelated documents grouped together |
| 98. | 4/8/03 Adopted Changes to Employee Handbook –Levels of Corrective Action, Discharge | | |
| 99. | 4/5/05 Important Message from La'Shawndra Harris to Megan along with attached telephone messages and handwritten notes | X | Not coherent exhibits; unrelated documents grouped together |
| 100. | Billing Requirements for Community Resource Facilitators as of 7/9/04 | | |

**Defendant's Exhibits**

| EXHIBIT | DESCRIPTION | OBJECTION | GROUNDS FOR OBJECTION |
|-----|-----|-----|-----|
| 1. | La'Shawndra Harris' job description (August 21, 2002). | | |
| 2. | La'Shawndra Harris' personnel file checklist. | | |
| 3. | La'Shawndra Harris' new hire orientation checklist (August 23, 2002). | | |
| 4. | La'Shawndra Harris' statement of understanding regarding EFSWI's employee handbook (August 21, 2002). | | |
| 5. | EFSWI on-the-job training for case manager checklist (September 9, 2002). | | |
| 6. | Letter and resume from La'Shawndra Harris to EFSWI (May 14, 2002). | | |
| 7. | La'Shawndra Harris' QMRP training certificate. | | |
| 8. | EFSWI's employee handbook. | | |
| 9. | La'Shawndra Harris' performance review (as of August 21, 2004). | | |
| 10. | La'Shawndra Harris' typed notes (March 7 and 14, 2005). | | |
| 11. | March 11, 2005 memorandum from Ellen Becker to La'Shawndra Harris and Megan Meckfessel. | | |

| | | | |
|---|---|---|---|
| 12. | March 29, 2005 memorandum from Ellen Becker to La'Shawndra Harris and Megan Meckfessel | | |
| 13. | La'Shawndra Harris' memorandum to Ellen Becker (May 3 and 5, 2005). | | |
| 14. | Windows Explorer snapshot of My Documents folder. | X | **Foundation; Authenticity; Hearsay** |
| 15. | Properties of Microsoft Word document "ALISA McNeese.doc" (March 21, 2005). | X | **Foundation; Authenticity; Hearsay** |
| 16. | Properties of Microsoft Word document "ALISA McNeese.doc" (March 23, 2005). | X | **Foundation; Authenticity; Hearsay** |
| 17. | Properties of Microsoft Word document "BILL JOHNSON.doc" (March 21, 2005) | X | **Foundation; Authenticity; Hearsay** |
| 18. | Properties of Microsoft Word document "BILL JOHNSON.doc" (March 23, 2005) | X | **Foundation; Authenticity; Hearsay** |
| 19. | Properties of Microsoft Word document "CHERYL DAAB.doc" (March 21, 2005) | X | **Foundation; Authenticity; Hearsay** |
| 20. | Properties of Microsoft Word document "CHERYL DAAB.doc" (March 23, 2005) | X | **Foundation; Authenticity; Hearsay** |
| 21. | Properties of Microsoft Word document "SHANNON HAYDEN.doc" (March 21, 2005) | X | **Foundation; Authenticity; Hearsay** |
| 22. | Properties of Microsoft Word document "SHANNON HAYDEN.doc" (March 23, 2005) | X | **Foundation; Authenticity; Hearsay** |
| 23. | Properties of Microsoft Word document "rose.doc" (March 21, 2005) | X | **Foundation; Authenticity; Hearsay** |
| 24. | Properties of Microsoft Word document "Jernard Adams.doc" (March 31, 2005) | X | **Foundation; Authenticity; Hearsay** |
| 25. | Properties of Microsoft Word document "JEAN BEDWELL.doc" (March 31, 2005) | X | **Foundation; Authenticity; Hearsay** |

12

| | | | |
|---|---|---|---|
| 26. | March 22, 2005 handwritten memorandum of Ellen Becker. | X | **Document not produced or disclosed pursuant to discovery requests.** |
| 27. | La'Shawndra Harris' June 18, 2004 employee complaint/grievance form. | X | **Foundation; Authenticity; Hearsay.** |
| 28. | La'Shawndra Harris' June 18, 2004 employee complaint/grievance form number 2. | | |
| 29. | EFSWI personnel and finance committee meeting minutes (June 22, 2004). | X | **Not produced or disclosed pursuant to discovery requests.** |
| 30. | July 21, 2004 letter from Donna Stephens to La'Shawndra Harris. | | |
| 31. | EFSWI FY2004 Grievance Trends memorandum. | X | **Foundation; Authenticity; Hearsay.** |
| 32. | La'Shawndra Harris' September 20, 2004 EFSWI Employee Complaint/Grievance form. | | |
| 33. | September 28, 2004 memorandum from Ellen Becker to La'Shawndra Harris. | | |
| 34. | September 30, 2004 letter from Emil Wilson to La'Shawndra Harris. | | |
| 35. | August 9, 2004 memorandum re: quality assurance reviews from Megan Meckfessel to All Non-CILA DSP Staff. | X | **Foundation; Authenticity; Hearsay.** |
| 36. | August 9, 2004 memorandum re: quality assurance reviews from Megan Meckfessel to All Non-CILA DSP Staff number 2. | X | **Foundation; Authenticity; Hearsay.** |
| 37. | September 28, 2004 memorandum about quality assurance review from Megan Meckfessel to La'Shawndra Harris. | | |
| 38. | November 22, 2004 memorandum about quality assurance review from Megan Meckfessel to La'Shawndra Harris. | X | **Documents not produced or disclosed pursuant to discovery requests.** |

13

| | | | |
|---|---|---|---|
| 39. | April 28, 2005 memorandum re: quality assurance review (January – March 2005) from Megan Meckfessel to La'Shawndra Harris | | |
| 40. | Typed notes from July 20, 2004 through May 4, 2005. | X | **Foundation; Authenticity; Hearsay** |
| 41. | March 31, 2005 memorandum from J. L. Kemp re: employee termination. | X | **Foundation; Authenticity; Hearsay** |
| 42. | April 8, 2005 memorandum of Emil Wilson. | | |
| 43. | EFSWI Incident Report re: La'Shawndra Harris (April 1, 2005). | | |
| 44. | La'Shawndra Harris' Illinois Workers' Compensation Commission Application for Adjustment of Claim (Application for Benefits) (April 29, 2005). | | |
| 45. | La'Shawndra Harris' Illinois Workers' Compensation Commission Settlement Contract Lump Sum Petition and Order (approved July 20, 2006) | X | **Irrelevant and Prejudicial.** |
| 46. | Ellen Becker's May 6, 2005 memorandum re: "Description of Misconduct for La'Shawndra Harris-Tidwell". | | |

| | | | |
|---|---|---|---|
| 47. | May 6, 2005 Progressive Disciplinary Action Report for La'Shawndra Harris and La'Shawndra Harris' attached handwritten notes. | | |
| 48. | May 6, 2005 memorandum from La'Shawndra Harris to J. L. Kemp. | | |
| 49. | May 9, 2005 memorandum from J. L. Kemp re: La'Shawndra Harris' Progressive Disciplinary Action Report. | | |
| 50. | May 10, 2005 handwritten memorandum of J. L. Kemp re: La'Shawndra Harris' Progressive Disciplinary Action Report. | | |
| 51. | May 12, 2005 letter from J. L. Kemp to La'Shawndra Harris. | | |
| 52. | La'Shawndra Harris' May 14, 2005 request for administrative review of her termination. | X | **Documents not disclosed or produced pursuant to discovery requests.** |

| 53. | La'Shawndra Harris' May 14, 2005 memorandum to EFSWI's Grievance Committee of Board of Directors. | | |
|---|---|---|---|
| 54. | La'Shawndra Harris' EEOC questionnaire. | X | **Irrelevant, Hearsay.** |
| 55. | Documents produced by Children's Home & Aid Society of Illinois and Affidavit. | X | **Affidavit indicates 8 pages were produced. Only 3 pages were given to Plaintiff.** |
| 56. | La'Shawndra Harris' December 7, 2005 employment application to Cahokia Unit School District 187. | | |
| 57. | La'Shawndra Harris' April 29, 2002 employment application to Cahokia Unit School District 187. | | |
| 58. | January 24, 2006 wage verification form. | | |
| 59. | La'Shawndra Harris' Illinois Department of Employment Security Claim and Cahokia School District's October 11, 2006 response. | X | **Foundation, Irrelevant, Hearsay, Prejudicial.** |
| 60. | November 6, 2006 letter from Arthur S. Ryan at Cahokia Unit School District 187 to Illinois Department of Employment Security. | X | **Foundation, Irrelevant, Hearsay, Prejudicial.** |
| 61. | La'Shawndra Harris' employment application letter to Children's Home & Aid Society of Illinois. | | |

| 62. | La'Shawndra Harris' August 16, 2006 employment application to Children's Home & Aid Society of Illinois | | |
|---|---|---|---|
| 63. | La'Shawndra Harris' resume after EFSWI. | | |
| 64. | La'Shawndra Harris' 2006 U. S. Individual Income Tax Return | | |
| 65. | June 21, 2005 letter from Harold L. Emde of the EEOC to La'Shawndra Harris. | X | **Irrelevant, Foundation, Hearsay, Prejudicial.** |
| 66. | April 7, 2005 memorandum from J. L. Kemp about "employee termination." | X | **Irrelevant, Foundation, Hearsay, Prejudicial.** |

15

| | | | |
|---|---|---|---|
| 67. | La'Shawndra Harris' job log. | | |
| 68. | February 22, 2003 EFSWI payroll status change for La'Shawndra Harris. | | |
| 69. | April 16, 2004 EFSWI payroll status change for La'Shawndra Harris. | | |
| 70. | May 10, 2004 EFSWI payroll status change for La'Shawndra Harris. | | |
| 71. | August 11, 2004 EFSWI payroll status change for La'Shawndra Harris. | | |
| 72. | EEOC interview notes of La'Shawndra Harris, June 29, 2005. | X | **Irrelevant, Foundation, Hearsay, Prejudicial.** |
| 73. | EEOC interview notes with La'Shawndra Harris, June 29, 2005. | X | **Irrelevant, Foundation, Hearsay, Prejudicial.** |
| 74. | George F. Mills' April 14, 2004 employment application to EFSWI. | X | **Irrelevant. Further, documents not produced or disclosed pursuant to discovery requests.** |
| 75. | George F. Mills' 2004 resume. | X | **Irrelevant. Further, documents not produced or disclosed pursuant to discovery requests.** |
| 76. | George F. Mills' new hire information sheet (April 16, 2004). | X | **Irrelevant. Further, documents not produced or disclosed pursuant to discovery requests.** |

16

| | | | |
|---|---|---|---|
| 77. | EFSWI payroll status change for George F. Mills (April 11, 2004). | X | Irrelevant. Further, documents not produced or disclosed pursuant to discovery requests. |
| 78. | La'Shawndra Harris' signed casenotes for Rosetta Murphy | X | Documents not produced or disclosed pursuant to discovery requests. |
| 79. | La'Shawndra Harris' signed casenotes for Shannon Hayden | X | Irrelevant. Further, documents not produced or disclosed pursuant to discovery requests. |
| 80. | La'Shawndra Harris' signed casenotes for Jean Bedwell | X | Irrelevant. Further, documents not produced or disclosed pursuant to discovery requests. |
| 81. | La'Shawndra Harris' signed casenotes for Cheryl Daab | X | Irrelevant. Further, documents not produced or disclosed pursuant to discovery requests. |
| 82. | La'Shawndra Harris' signed casenotes for Bill Johnson | X | Irrelevant. Further, documents not produced or disclosed pursuant to discovery requests. |

## VIII.   DAMAGES

An itemized statement of all damages, including special damages, follows:

| | |
|---|---|
| Emotional Distress, Past and Future: | $100,000.00 |
| Lost Wages and Benefits: | $75,000.00 |
| Punitive Damages: | $100,000.00 |
| Attorney Fees: | 33 1/3% of all monies recovered |

## IX.   BIFURCATED TRIAL

The parties do not desire a bifurcated trial.

## X.   TRIAL BRIEFS

Trial briefs should be filed fourteen (14) days prior to the trial date set by the Court.  The briefs should address any difficult factual or evidentiary issues and set forth each party's theory of liability or defense.

## XI.   LIMITATIONS, RESERVATIONS AND OTHER MATTERS

A.   **Trial Date.**  Trial is set for the week of February 25, 2008_.

B.   **Length of Trial**. The probable length of trial is 4 days. The case will be listed on the trial calendar to be tried when reached.

**Mark Appropriate Box:**          JURY. . . . . . . . . x
                                    NON-JURY. . . . ☐

C.   **Number of Jurors.** There shall be  twelve jurors.

D.   **Voir Dire.**   The Court will conduct the preliminary voir dire. Participation by counsel will be permitted.  Any voir dire questions which counsel specifically want asked by the Court shall be provided to the Court prior to the panel being seated in the courtroom.

E.   **Motions in Limine.**  Motions in limine shall be filed no later than twenty (20) days after the Final Pretrial Conference. Responses, if any, shall be filed within ten (10) business days thereafter.  Oral argument on motions in limine will only be allowed in exceptional circumstances and will be scheduled when the Court's calendar permits.  Due to the nature of

18

motions in limine, failure to file said motions by this deadline generally will not prejudice a party's ability to move in limine prior to the jury's impanelment.  Later-filed motions, however, may be stricken if their consideration would delay the timely start of the trial.

F.     **Jury Instructions.** The parties must submit jury instructions by 9:00 a.m. on the first day of trial.  The parties shall tender to the Court an original and one copy of each proposed instruction.  The originals shall be on 8½" x 11" plain white paper without any designation or number.  The copies shall be numbered, shall indicate which party tenders them, shall contain a source (e.g., "IPI 2.01"), and shall include a legend indicating whether the instruction was:

_____ withdrawn   _____ given   _____ given as modified   _____ refused.

If possible, instructions also should be submitted to the Court on diskette.  Counsel shall provide copies of all proposed instructions to opposing counsel  at or before the time they are tendered to the Court.  Counsel should submit to the Court copies of any cases relied on as authority for jury instructions.

**IT IS ORDERED** that the Final Pretrial Order may be modified at the trial of the action, or prior thereto, to prevent manifest injustice or for good cause shown.  Such modification may be made either on motion of counsel or *sua sponte* by the Court.

19

DATED: August 16, 2007

/s/                          David   RHerndon
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND SUBSTANCE:

s/Jennifer L. Barbieri  (by consent)            __

Jennifer L. Barbieri

Thomas C. Rich, P.C.
6 Executive Drive, Suite 3
Fairview Heights, IL  62208
Phone:  (618) 632-0044
Fax:  (618) 632-9749
jenniferbarbieri@tomrichlaw.com

s/Bryan P. Cavanaugh
Thomas E. Berry, Jr.
Bryan P. Cavanaugh
Sandberg, Phoenix & von Gontard, P.C.
One City Centre, 15th Floor
St. Louis, MO  63101
Phone:  (314) 231-3332
Fax:  (314) 241-7604
tberry@spvg.com
bcavanaugh@spvg.com

s/Judy L. Cates
Judy L. Cates
The Cates Law Firm, L.L.C.

20

216 West Pointe Drive, Suite A
Swansea, IL  62226-8303
Phone:  (618) 277-3644, Ext. 232
Fax:  (618) 277-7882
jcates@cateslaw.com