IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LASHAWNDRA HARRIS**,

**Plaintiff,**

**v.**

**THE EPILEPSY FOUNDATION
OF GREATER SOUTHERN ILLINOIS,**

**Defendant.**                                              **No. 05-cv-0640-DRH**

## ORDER

**HERNDON, Chief Judge:**

Now before the Court are several motions in limine filed by Defendant on September 4, 2007: (1) motion in limine to exclude evidence of its liability insurance policy for Plaintiff's claims in this lawsuit (Doc. 62); (2) motion in limine to preclude Plaintiff from making a claim for any wrongdoing except for her May 2005 employment termination (Doc. 63); (3) motion in limine to preclude Plaintiff from testifying why she has not found a better paying job since May 5, 2005 (Doc. 64); (4) motion in limine to exclude of Plaintiff's 2005 employment benefit claim against Defendant (Doc. 65); (5) motion in limine to exclude evidence of Megan Meckfessel's alleged hiring practices (Doc. 66); (6) motion in limine to exclude Megan Meckfessel's alleged inappropriate comments (Doc. 67); and (7) motion in limine to preclude evidence of certain incidents Plaintiff claims were unfair before July 24,

2004 (Doc. 68).  As of this date, Plaintiff has not responded to any of these motions.[1]  Thus, the Court considers this failure to respond an admission of the merits of the motions.  Accordingly, the Court **GRANTS** Defendant's motions in limine.

**IT IS SO ORDERED.**

Signed this 11th day of October, 2007.

/s/      DavidRHerndon
**Chief Judge**
**United States District Court**

---

[1] "Responses, if any, shall be filed within ten (10) business days thereafter." **(Doc. 61; Final Pretrial Order XI. E.)**.  "Failure to file a timely response to a motion may, in the court's discretion, be considered an admission of the merits of the motion."  **Local Rule 7.1(g)**.