IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LASHAWNDRA HARRIS**,

**Plaintiff,**

v.

**THE EPILEPSY FOUNDATION
OF GREATER SOUTHERN ILLINOIS,**

**Defendant.**                            No. 05-cv-0640-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is the parties' joint stipulation of dismissal with prejudice (Doc. 70). The Court **ACKNOWLEDGES** the stipulation and **DISMISSES with prejudice** Plaintiff's cause of action. Further, the Court **ORDERS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 5th day of February, 2008.

/s/ David R Herndon

**Chief Judge
United States District Court**