**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**LA'SHANDRA HARRIS,**

    **Plaintiff,**

    vs.                                                 Cause No. 05-CV-640 DRH

**THE EPILEPSY FOUNDATION OF
GREATER SOUTHERN ILLINOIS,**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs and attorney's fees.--------------------------------------------------

                                                                 **NORBERT G. JAWORSKI, CLERK**

February 5, 2008                                         By:   s/Patricia Brown
                                                                                Deputy Clerk

APPROVED:  /s/   DavidRHerndon
                    **CHIEF JUDGE
                    U.S. DISTRICT COURT**